■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGGIE JACKSON, Appellant. [678 NYS2d 280] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1996 (*People v Jackson,* 232 AD2d 657), affirming a judgment of the Supreme Court, Queens County, rendered April 5, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., Pizzuto, Goldstein and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE LASSIC, Appellant. [678 NYS2d 281] —Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered May 21, 1993, convicting him of robbery in the first degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues that he was deprived of a fair trial because the prosecutor exercised three racially-motivated peremptory challenges against black venirepersons in violation of *Batson v Kentucky* (476 US 79). However, the defendant failed to meet his burden of demonstrating that the race-neutral explanations proffered by the prosecutor were merely pretextual (*see, People v Allen,* 86 NY2d 101; *People v Hernandez,* 75 NY2d 350, *affd* 500 US 352; *People v Waldo,* 221 AD2d 390; *People v Gooden,* 220 AD2d 683).

The defendant's remaining contention is without merit. Bracken, J. P., Copertino, Goldstein and McGinity, JJ., concur.